# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAUGER, ALETA A. | U.S. DISTRICT COURT (MD TENN) | 11/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/31/2016 | Loan of $6000.00 to Rossemary Paschall (no interest) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Income from law firm partnership - spouse is attorney partner in Trauger & Tuke |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TRAUGER, ALETA A.** | 11/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Line of credit for law firm partnership | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts at SunTrust Bank, Nashville, TN | A | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | | | | | | | | | |
| 3. - AXA Moderate Alloc.Portfolio | | None | K | T | | | | | |
| 4. - EQ Money Market | | None | J | T | | | | | |
| 5. - Multimanager Aggressive Equity | | None | K | T | | | | | |
| 6. - EQ/Common Stock Index | | None | L | T | | | | | |
| 7. - EQ/International Equity Index | | None | K | T | | | | | |
| 8. Robertson Stephens Emerging (now Victory Funds) | | None | N | T | | | | | |
| 9. Guilford County, North Carolina farmland | B | Rent | N | W | | | | | |
| 10. Cash surr. value NW Life policy | | None | M | T | | | | | |
| 11. Cash surr. value of 2 NW Life policies | | None | N | T | | | | | |
| 12. Parnassus Fund | C | Dividend | M | T | | | | | |
| 13. Profit sharing plan - Divers. Trust | | None | P1 | T | | | | | |
| 14. Moore County, North Carolina timber land | B | Rent | M | W | | | | | |
| 15. Bank of America Corporation | A | Dividend | J | T | | | | | |
| 16. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 17. Piedmont Natural Gas Co. | A | Dividend | | | Sold | 10/04/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 19. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 20. Lincoln National Corp. | A | Dividend | K | T | | | | | |
| 21. MGT Holdings | | None | J | T | | | | | |
| 22. The Providence Service Corp. | | None | N | T | Donated (part) | 12/16/16 | M | | |
| 23. Rental Property - Nashville, Tennessee, Davidson County | A | Rent | O | W | | | | | |
| 24. Regions Bank money mkt. acct. (Morgan Keegan/Raymond James) | A | Interest | J | T | | | | | |
| 25. Pinnacle Nat. Bank accounts | B | Interest | O | T | | | | | |
| 26. Blount County, TN municipal bonds | A | Interest | K | T | | | | | |
| 27. Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 28. - HCCT Commodities | B | Dividend | L | T | | | | | |
| 29. - HCCT Emerging Mkts. | A | Dividend | J | T | Sold (part) | 02/25/16 | L | | |
| 30. - HCCT Fixed Income Opportunity | A | Dividend | J | T | | | | | |
| 31. - HCCT Intermed. Muni | D | Dividend | M | T | | | | | |
| 32. - HCCT Intermed.Muni. II | B | Dividend | L | T | Buy | 12/23/16 | J | | |
| 33. - HCCT International | D | Dividend | N | T | Buy | 02/25/16 | K | | |
| 34. - HCCT International | | | | | Sold (part) | 11/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HCCT Large Cap Growth | C | Dividend | N | T | Buy | 12/23/16 | K | | |
| 36. - HCCT Large Cap Value | C | Dividend | M | T | Buy | 12/23/16 | J | | |
| 37. - HCCT Small Cap | A | Dividend | K | T | Sold (part) | 12/23/16 | J | | |
| 38. - HCCT Core Fixed Income | A | Dividend | J | T | | | | | |
| 39. - HCCT Institutional International Equity | A | Dividend | J | T | | | | | |
| 40. - HCCT Institutional Large Cap. Growth | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 41. - HCCT Instutional Large Cap. Value | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 42. Nelson's Green Brier Distillery, LLC | | None | L | T | | | | | |
| 43. Shelby Co. TN Health EDL & HSG Facs Rev. Bonds | B | Interest | K | T | | | | | |
| 44. Edward Jones Advisory Solutions | D | Dividend | N | T | | | | | |
| 45. Edward Jones IRA | D | Dividend | M | T | | | | | |
| 46. Edward Jones Investment Acc't. | | | | | | | | | |
| 47. - Money market acc't. | | None | K | T | | | | | |
| 48. - Puerto Rico Trans. Auth.. bonds | A | Interest | | | Redeemed | 07/01/16 | J | | |
| 49. - Metro Nashville Gen. oblig. bonds | A | Interest | | | Redeemed | 8/01/16 | K | | |
| 50. - Knox Co. health & educ. bonds | A | Interest | J | T | | | | | |
| 51. Robertson Co., TN school bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Blount Co. Public Auth. bonds | A | Interest | | | Redeemed | 6/1/16 | K | | |
| 53. - AmGen, Inc. | A | Dividend | J | T | | | | | |
| 54. - Express Scripts Holding Co. | | None | J | T | | | | | |
| 55. - Gen. Electric Co. | A | Dividend | J | T | | | | | |
| 56. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 57. - Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 58. - Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 59. - GTravelers Companies, In. | A | Dividend | J | T | | | | | |
| 60. - Wal-Marts Stores, Inc. | A | Dividend | J | T | | | | | |
| 61. - Amer. Balanced Fund | B | Dividend | K | T | | | | | |
| 62. - Amer. Mut. Fund | A | Dividend | M | T | | | | | |
| 63. - Cap Income Bldr. Fund | A | Dividend | K | T | | | | | |
| 64. - Cap World Growth & Income Fund | A | Dividend | L | T | | | | | |
| 65. - Eaton Vance Tax Managed Div. Income Fund | A | Dividend | J | T | | | | | |
| 66. - Franklin, TN munic. bond fund | A | Dividend | L | T | | | | | |
| 67. - Fundamental Investors Fund | A | Dividend | L | T | | | | | |
| 68. - Growth Fund of Amer. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Income Fund of Amer. | A | Dividend | L | T | | | | | |
| 70.  - Mut. Global Discovery Fund | A | Dividend | L | T | | | | | |
| 71.  - New Perspective Fund | A | Dividend | L | T | | | | | |
| 72.  - Nuveen Intermed. Duration Munic. Bond Fund | A | Dividend | K | T | | | | | |
| 73.  - Lincoln Financial Group Annuity (variable) | | | | | | | | | |
| 74.  - AF Growth | | None | K | T | Redeemed | 10/05/16 | J | | |
| 75.  -AF Growth - Inc. | | None | K | T | Redeemed | 10/05/16 | J | | |
| 76.  -AF Int'l | | None | K | T | Redeemed | 10/05/16 | J | | |
| 77.  -AF Asset Alloc | | None | J | T | Redeemed | 10/05/16 | J | | |
| 78.  -Bond | | None | J | T | Redeemed | 10/05/16 | J | | |
| 79.  -High Inc. Bond | | None | K | T | Redeemed | 10/05/16 | J | | |
| 80.  - Franklin Fed. Interterm tax free income fund - Class A | A | Dividend | K | T | | | | | |
| 81.  Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 82.  - DWS Gov't. Cash Fund | A | Dividend | N | T | | | | | |
| 83.  - HCCT Real Estate | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 84.  - HCCT Institutional Small Cap | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 85.  - ISHARES MSCI EAFE | A | Dividend | K | T | Sold (part) | 2/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ISHARES MSCI EAFE | A | Dividend | K | T | Buy | 11/26/16 | K | | |
| 87. - ISHARES MSCI Emerging Mkt. | B | Dividend | M | T | Buy | 2/25/16 | L | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 11/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 18 No rental income because relatives are living in the house and are not paying rent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ALETA A. TRAUGER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544